# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:25-cv-00156-CBM-ACCV Date August 7, 2026

Title: Jeffrey Cowan v. CMRE Financial Services, Inc. et al

Present: The Honorable Consuelo B. Marshall, United States District Judge

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings: ☐ In Court ☒ In Chambers ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated July 31, 2026.

☐ Case settled but may be reopened if settlement is not consummated within ________ days. Make JS-6.

☒ Other Make JS-6. The order to show cause re: dismissal for lack of prosecution is vacated.

☐ Entered ________________.

Initials of Preparer VRV